| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | JEREMY KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | DENNA THONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00228 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO MODIFY CONDITIONS OF |
| v. | ) PRETRIAL SUPERVISION AND |
| | ) ORDER THEREON |
| DENNA THONG, | ) |
| | ) Date: N/A |
| Defendant. | ) Time: N/A |
| | ) Dept : Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that Defendant Denna Thong's conditions of pretrial release may be modified in order to permit Mr. Thong and his wife to make a necessary change of apartments. Under Mr. Thong's current terms of home incarceration, he is unable to leave his residence to sign his new lease and to move apartments. The parties request that his terms of home incarceration be modified so that he can engage in only those moving-related activities that are *pre-cleared* with the Office of Pretrial Services.

Specifically, the parties request that the final condition of Mr. Thong's Additional Conditions of Pretrial Release (Docket No. 13) be amended so that it reads: "Home Incarceration. You are restricted to your residence at all times except for medicals needs or treatment, attorney visits, and court appearances pre-approved by the Pretrial Services office or the supervision officer. The foregoing notwithstanding,

///

///

you are permitted to leave your home to engage in activities related to your planned change of apartments. All such activities must be approved by the Office of Pretrial Services <u>before</u> they are conducted."

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: August 29, 2013          By:    /s/ *Laurel Montoya*
                                                     LAUREL MONTOYA
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: August 29, 2013          By:    /s/ *Jeremy Kroger*
                                                     JEREMY S. KROGER
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   DENNA THONG

                                              **O R D E R**

IT IS SO ORDERED.

**Dated:   August 29, 2013**                      /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE